IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ELVIN TORRES,<br><br>  Plaintiff,<br><br>v.<br><br>PARKER-HANNIFIN CORPORATION,<br><br>  Defendant, | Civil Action No.: 4:21-cv-00147-JMS-DML |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Elvin Torres, and Defendant, Parker-Hannifin Corporation, by counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1), stipulate to the dismissal of all claims in this cause of action, with prejudice, and each party to bear its own costs.

Dated: June 16, 2022.

Respectfully submitted,

By: */s/Paul J. Cummings*
  Paul J. Cummings
  1634 W Smith Valley Road, Suite B
  Greenwood, IN 46142
  Paul.Cummings@HHCFirm.com

By: */s/Tiaundra M. Gordon-Foster(w/permission)*
  Tiaundra M. Gordon-Foster
  Lucy B. Bednarek
  111 Monument Circle, Suite 4600
  Indianapolis, IN 46204
  lucy.bednarek@ogletree.com
  tiaundra.gordonfoster@ogletree.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using CM/ECF on June 16, 2022, which will send notification of such to the following:

Lucy B. Bednarek
Tiaundra M. Gordon-Foster
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
lucy.bednarek@ogletree.com
tiaundra.gordonfoster@ogletree.com

*/s/Paul J. Cummings*