IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ELVIN TORRES, <br><br> Plaintiff, <br><br> v. <br><br> PARKER-HANNIFIN CORPORATION, <br><br> Defendant, | Civil Action No.: 4:21-cv-00147-JMS-DML |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and The Court, being duly advised, hereby ORDERS this cause of action DISMISSED, with prejudice. Each party shall bear its own costs and attorney fees [29].

Date: 6/16/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.